IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03081-WYD-KLM

TERRY BELL,

    Plaintiff,

v.

MELODY ACEVES-GUTIERREZ,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Default Judgment** [Docket No. 6; January 27, 2011] ("Motion No. 6") and **Motion to Appear by Telephone for Scheduling Conference** [Docket No. 7; Filed January 27, 2011] ("Motion No. 7").

    IT IS HEREBY **ORDERED** that Motion No. 6 is **DENIED without prejudice**. There is no legal basis to impose default judgment as the case is currently postured. Pursuant to Fed. R. Civ. P. 55(a), a party must first seek entry of default from the Clerk prior to moving for default judgment. In this case, Plaintiff has not sought or received entry of default from the Clerk. "Failure to successfully complete the first step of obtaining an entry of default necessarily precludes the granting of default judgment . . . ." *Vasquez v. Sims*, No. 10-cv-00200, 2010 WL 5246151, at *1 (D. Colo. Dec. 16, 2010) (unpublished decision).

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for February 23, 2011 is **vacated**, and will be reset at a future date, if appropriate. Accordingly,

    IT IS HEREBY **ORDERED** that Motion No. 7 is **DENIED as moot**.

    Dated: January 28, 2011