IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-03081-WYD-KLM

TERRY BELL,

    Plaintiff,

v.

MELODY ACEVES-GUTIERREZ,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

THIS MATTER comes before the Court on the Notice of Bankruptcy and Unopposed Motion to Request a New Trial Date (ECF No. 52).  Upon review of the file. I find that the motion should be granted.

By way of background, on April 12, 2012, Defendant filed a Notice of the Stay of Proceedings entered by the United States Bankruptcy Court pursuant to 11 U.S.C. § 362(a)(1) (ECF No. 51).  The pleading indicates that on April 4, 2012, Defendant filed a Petition in Bankruptcy under Chapter 13 of the United States Bankruptcy Code (United States Bankruptcy Court for the District of Colorado, Case No. 12-16603-SBB). Accordingly, both parties request that this matter be stayed (and the trial vacated) pursuant to the United States Code, 11 U.S.C. § 101 *et. seq.*, and in accordance with 11 U.S.C. § 362, the automatic stay provision.

Based on my careful review of the file, I find that the motion should be granted. Accordingly, it is

ORDERED that the Notice of Bankruptcy and Unopposed Motion to Request a New Trial Date (ECF No. 52) is **GRANTED** to the extent that this matter is subject to the automatic stay pursuant to 11 U.S.C. § 362.  Since the Defendant's Chapter 13 bankruptcy petition is currently pending and the outcome of the bankruptcy case is uncertain, I find that this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.  Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown. In accordance therewith, it is

FURTHER ORDERED that both the jury trial set for **Tuesday, September 4, 2012** and final trial preparation conference set for **Friday, August 17, 2012** are **VACATED.**

Dated:  April 20, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge