IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   10-cv-03081-WYD-KLM

TERRY BELL,

    Plaintiff,

v.

MELODY ACEVES-GUTIERREZ,

    Defendant.

## ORDER

    THIS MATTER is now before the Court on Plaintiff's Unopposed Motion to Reopen Case.   After a review of the motion and the file, it is hereby

    ORDERED that Plaintiff's Unopposed Motion to Reopen Case (ECF No. 54), filed September 20, 2012, is **GRANTED** pursuant to D.C.COLO.LCivR 41.2.   It is further

    ORDERED that this case is reopened and litigation shall proceed.   Accordingly, the parties shall file a joint, written status report with the Court not later than **Friday, October 5, 2012** indicating the status of the case including proposed jury trial dates and the estimated length of such trial.

    Dated:   September 26, 2012

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE